# Third District Court of Appeal
## State of Florida

Opinion filed July 6, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1441
Lower Tribunal Nos. 21-112PH, AHCA: 15-04OM
_____

**Variety Children's Hospital,
d/b/a Nicklaus Children's Hospital,
f/k/a Miami Children's Hospital,**
Appellant,

vs.

**State of Florida, Agency for Health Care Administration,**
Appellee.

An Appeal from the State of Florida, Agency for Health Care Administration.

Nelson Mullins Riley and Scarborough LLP, and Ginger Barry Boyd (Tallahassee); David K. Miller P.A., and David K. Miller (Tallahassee), for appellant.

Tracy Lee Cooper George, Chief Appellate Counsel, and Bradley Butler Jr., Assistant General Counsel, and Eugenia M. Keough Rains, Senior Attorney (Tallahassee), for appellee.

Before LOGUE, HENDON and GORDO, JJ.

PER CURIAM.

Affirmed.